IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-1577-JRG-RSP |
| vs. | § § | LEAD CASE |
| TECHNICAL CONSUMER PRODUCTS, INC. | § § § | |
| Defendant. | § § | |
| _____ | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DEFENDANT
TECHNICAL CONSUMER PRODUCTS, INC. WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rothschild Connected Devices Innovations, LLC ("Rothschild") dismisses its claims against Technical Consumer Products Inc. with prejudice, and each party bear its own attorneys' fees and costs.

Dated: December 16, 2015               Respectfully submitted,

*/s/Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON, PLLC**
750 N. St. Paul Street, Suite 1320
Dallas, Texas 75201
(214) 461-0154
Fax: (214) 613-3330
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@brownfoxlaw.com

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF CONFERENCE

The undersigned certifies that, on December 16, 2015, he met and conferred with Defendant's counsel concerning this motion and that Defendant's counsel agrees to this motion.

*/s/ Jay Johnson*
Jay Johnson

### CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 16, 2015.

*/s/Jay Johnson*
Jay Johnson