IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC § § § Plaintiff, § § vs. § § TECHNICAL CONSUMER PRODUCTS, INC. § § § Defendant. § § | Case No: 2:15-cv-1577-JRG-RSP |

## ORDER OF DISMISSAL OF DEFENDANT TECHNICAL CONSUMER PRODUCTS, INC. WITH PREJUDICE

On this day the Court considered Plaintiff's Unopposed Motion to Dismiss Defendant Technical Consumer Products, Inc. ("TCP") With Prejudice, in the lawsuit between Plaintiff Rothschild Connected Devices Innovations, LLC ("Rothschild") and Defendant Technical Consumer Products, Inc. ("TCP").  Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Rothschild against TCP hereby DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

**SIGNED this 30th day of December, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE